**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Dana Moss

    v.                                          Civil No. 05-cv-022-PB

Dartmouth-Hitchcock Medical Center, et al.

**O R D E R**

Plaintiff has moved to amend her complaint to include twenty-seven new parties.  Document no. 8.  It is apparent that a number of these parties neither do business in New Hampshire nor have they committed any tort here.[1]  Plaintiff is unlikely to be able to demonstrate that this court has personal jurisdiction over them.  Plaintiff has not complied with the service requirements of Fed. R. Civ. P. 5, Local Rules 15.1(a)(ii) and (iii), 15.1(b), 7.1(a)(2) and has not even signed the motion.

The motion to amend (document no. 8) is denied for failure to comply with a multitude of federal and local rules.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: June 23, 2005

---

[1] For example:  The states of Florida, New Jersey and Vermont and numerous Florida and Vermont individuals and entities.

cc:     Dana Moss, *pro se*
        W. Kirk Abbott, Jr., Esq.